1  Ross, Rose & Roston, LLP
   Matthew E. Roston (SBN #265944)
2  9454 Wilshire Boulevard, PH
   Beverly Hills, California 90212
3  Tel: (310) 860-9620
   Fax: (310) 860-9624
4
5  Attorneys for Plaintiff
   TETIANA ZAITS
6
7  ANDRÉ BIROTTE JR.
   United States Attorney
8  LEON W. WEIDMAN
   Assistant United States Attorney
9  Chief, Civil Division
   JOSEPH B. FRUEH (Cal. Bar No. 264088)
10 Assistant United States Attorney
        Federal Building, Suite 7516
11      300 North Los Angeles Street
        Los Angeles, California 90012
12      Telephone: (213) 894-0609
        Facsimile: (213) 894-7819
13      E-mail: joseph.frueh@usdoj.gov
14 Attorneys for Defendant
   UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
15

16              UNITED STATES DISTRICT COURT
17          FOR THE CENTRAL DISTRICT OF CALIFORNIA
18                    WESTERN DIVISION

| | |
|---|---|
| 19  TETIANA ZAITS, | No. CV 13-9374 GAF (AGRx) |
| 20        Plaintiff, | **PROTECTIVE ORDER** |
| 21        v. | |
| 22  UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | |
| 23 | |
| 24        Defendant. | Honorable Alicia G. Rosenberg |
| 25 | United States Magistrate Judge |

26
27
28

**PROTECTIVE ORDER**

The Court, having read and considered the parties' Joint Stipulation for Protective Order, and for the reasons stated in the Joint Stipulation and for good cause shown,

IT IS HEREBY ORDERED that Protected Material, as defined in the Joint Stipulation, may be disclosed by USCIS and used pursuant to and in accordance with the Joint Stipulation.

Dated: August 22, 2014

Alicia G. Rosenberg

HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

Presented By:

Ross, Rose & Roston, LLP

/s/ *Matthew E. Roston*
MATTHEW E. ROSTON
Attorney for Plaintiff
TETIANA ZAITS

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney
Attorneys for Defendant
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES