Ross, Rose & Roston, LLP
Matthew E. Roston (SBN #265944)
9454 Wilshire Boulevard, PH
Beverly Hills, California 90212
Tel: (310) 860-9620
Fax: (310) 860-9624

Attorneys for Plaintiff
TETIANA ZAITS

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOSEPH B. FRUEH (Cal. Bar No. 264088)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0609
    Facsimile: (213) 894-7819
    E-mail: joseph.frueh@usdoj.gov

Attorneys for Defendants
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
UNITED STATES OF AMERICA

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TETIANA ZAITS, | No. CV 13-9374 GAF (AGRx) |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES AND THE UNITED STATES OF AMERICA, | |
| Defendants. | Honorable Gary A. Feess<br>United States District Judge |

**ORDER DISMISSING CASE WITH PREJUDICE**

The parties having filed a Stipulation to Dismiss Case with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that Plaintiff's action is dismissed with prejudice in its entirety, and each party shall bear their own costs of suit and fees.

Dated: September 23, 2014

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

JS-6